IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CYNTHIA M. MARTIN ............................ )
................................................................... )
American Home Mortgage Servicing, Inc. ....... )
as successor in interest to Option One ....... )
Mortgage Corporation, ....................................... )
.......................... Creditor, ............................ )
................................................................... )
.......... vs. ................................................... ) CASE NO. 06B05185
................................................................... ) JUDGE Pamela S. Hollis
CYNTHIA M. MARTIN, ......................................... )
.......................... Debtor, ............................... )

### **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes American Home Mortgage Servicing, Inc as successor in
interest to Option One Mortgage Corporation, by and through its
attorneys, Pierce & Associates, P.C., and hereby responds to the
Notice of Payment of Final Mortgage cure, stating as follows:

1.  The Debtor is due for the February 1, 2009 contractual payment
    and all those thereafter.

2.  The following is an itemization of the amounts due on the loan
    as of December 19, 2008:

|                            |            |
|----------------------------|-----------:|
| a. Attorney's Fees         | $250.00    |
| b. Property Inspections    | $155.55    |
| c. Bankruptcy Fees         | $472.81    |
| d. Late Charges            | $947.85    |
| e. NSF Fees                | $25.00     |
| TOTAL                      | $1,851.21  |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice American Home Mortgage Servicing, Inc as successor in interest to Option One Mortgage Corporation rights to collect these amounts will be unaffected.

Respectfully Submitted,
American Home Mortgage Servicing,
Inc as successor in interest to
Option One Mortgage Corporation

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 North Dearborn
13t$^h$ Floor
Chicago, Illinois 60602
(312)346-9088

## CERTIFICATE OF SERVICE

I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on January 29, 2009, with proper postage prepaid.

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

NOTICE OF MOTION ADDRESSES


To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**by Electronic Notice though ECF**


To Debtor:
CYNTHIA M. MARTIN
7658 S. Hoyne Avenue
Chicago, IL 60620
**by U.S. Mail**


To Attorney:
Robert J. Semrad & Associates
407 South Dearborn, Suite 6TH Floor
Chicago, Illinois 60605
**by Electronic Notice though ECF**


PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088


PA08-0063